JAP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

JERRY JOHNSON,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - X

U N S E A L I N G
O R D E R

09 M 227

       Upon the application of BENTON J. CAMPBELL, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Amanda Hector, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

       WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
           March 12, 2009

                    HONOR
                    UNITE     S/Bloom     JUDGE
                    EASTE                   ORK