# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __09-227M__

2) Defendant's Name: __Johnson__         __Jerry__         _____
   (Last)                     (First)                     (M.I.)

3) Age: _____

4) Title: _____ Section(s): _____

5) Citizen of: _____ Needs: _____ Interpreter

6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes __No   Other District: _____

8) Name of Interpreter used today: _____ Language: _____

9) Arraignment on complaint held: __X__ Yes __No   Date/Time: __3/12/09__

10) Detention Hearing Held: ____ Bail set at: _____ ROR Entered: ____ POD Entered: ✓

11) Temporary Order of Detention Entered: ✓  Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____; or waived: ✓

    (b) Removal Hearing set for: _____; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: __Amanda Hector__

14) DEFENSE COUNSEL'S NAME: __Michael Schneider__
    Address: _____
    Bar Code: _____ CJA: ___ FDNY: __X__ RET: ___
    Telephone Number: (     )

15) LOG #: ( 4:28 - 4:74 )  MAG. JUDGE: __Lois Bloom__

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: __Yes __No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE